# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) GROVE BIBLE BAPTIST CHURCH, A Not For Profit Corporation Church,<br><br>Plaintiff,<br><br>v.<br><br>1) BROTHERHOOD MUTUAL INSURANCE COMPANY,<br><br>Defendant. | Case No.: 23-cv-272-JDR-SH |

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Grove Bible Baptist Church, by and through its counsel of record, dismisses its cause of action against Defendant Brotherhood Mutual Insurance Company with prejudice to the refiling of said cause.

APPROVED:

| | |
|---|---|
| */s/ Amber Garrett*<br>Amber Garrett, OBA #19908<br>AMBER LAW GROUP<br>2727 East 21st Street, Suite 100<br>Tulsa, OK 74114<br>T: (918) 895-7216<br>F: (918) 895-7217<br>E: amber@amberlawgroup.com<br>**ATTORNEY FOR PLAINTIFF**<br><br>AND | */s/ Michael W. Brewer*<br>MICHAEL W. BREWER, OBA #11769<br>WILLIAM W. WHITEHURST, OBA #34820<br>**HILTGEN & BREWER, P.C.**<br>9505 North Kelley Avenue<br>Oklahoma City, Oklahoma 73131<br>T: (405) 605-9000<br>F: (405) 605-9010<br>mbrewer@hbokc.law\|<br>wwhitehurst@hbokc.law<br>**ATTORNEYS FOR DEFENDANT** |